Appeal No. 79-256.  FRIENDLY LIQUORS, INC. *v.* EUGENE J. PONTBRIANT *et al.* The defendant, Eugene J. Pontbriant, appeared in response to a Show Cause Order issued by this

court on November 29, 1979, to show cause why this appeal should not be dismissed since review of a Superior Court judgment in a zoning case can only be obtained by a petition for a writ of certiorari.

There having been no cause shown, the appeal is hereby dismissed and the papers remanded to the Superior Court.

Mr. Justice Doris not participating. *Richard R. Ackerman, Inc.* for plaintiff, *Macktaz, Keefer and Kirby, Joseph P. Carroll* (for Eugene J. Pontbriant), *Gerald M. Brenner,* Assistant City Solicitor (for Zoning Board of Review of the City of Woonsocket), for defendants.